ACCEPTED
01-17-00296-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 12:57 AM
CHRISTOPHER PRINE
CLERK

**No. 01-17-00296-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

───────◆───────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/20/2018 12:57:56 AM

CHRISTOPHER A. PRINE
Clerk

**No. 1468641**
In the 230th District Court
Of Harris County, Texas

───────◆───────

**JAMES TINSLEY**
*Appellant*

v.

**THE STATE OF TEXAS**
*Appellee*

───────◆───────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

───────◆───────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. Appellant was charged by indictment with capital murder. (CRI – 16) Appellant was convicted by a jury and sentenced by the trial court to life in the Texas Department of Criminal Justice, Institutional Division. (CRI – 412) Appellant timely filed notice of appeal and the trial court certified his right of appeal. (CRI – 415-17)

2. The State's brief was due March 19, 2018. This Court has previously granted three extensions of time for the State to file an appellate brief on December 5, 2017, January 12, 2018, and March 8, 2018. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The undersigned attorney has been involved in the following appellate projects during which time the undersigned attorney was assigned State's appellate brief in this case:

      1) Ahmed Salau v. State of Texas
         No. 14-17-00130-CR
         Brief filed: December 20, 2017

      2) Jesus Rosales v. State of Texas
         Nos. 14-16-00764/766-CR
         Supplemental Brief filed: January 11, 2018

      3) Dylan Quick v. State of Texas
         Nos. 14-15-01066/67/68-CR
         Oral Argument: January 23, 2018

      4) Robert Alvarez v. State of Texas
         No. 01-16-00407-CR
         Oral Argument: January 24, 2018

      5) State of Texas v. Carlos Mora
         Ex parte Carlos Mora
         Nos. 01-17-00661/662-CR
         Oral Argument: February 13, 2018
         **undersigned attorney is to submit a post-submission brief for these cases

6) Evan Gamble v. State of Texas
No. 01-17-00405-CR
Brief Submitted: February 28, 2018

7) State of Texas v. Arelius McGregor
Trial court cause no. 1570410
State's response to defendant's application for writ of habeas corpus submitted to trial prosecutor: March 16, 2018
**This written project was recently delegated to the undersigned attorney, was time sensitive, and regarded defendant's constitutionality challenge to Penal Code section 21.16(b). The final response drafted by the undersigned attorney was 16 pages and completion of this response interfered significantly with the undersigned attorney's ability to complete the State's brief in this case.

8) Robert Bolden v. State of Texas
No. 14-17-00411-CR
Brief Due: March 26, 2018

9) In the Matter of C.R.
Nos. 01-18-00185/186/187/188-CV
Brief Due: May 18, 2018

b. The undersigned attorney has been working diligently to complete and file the State's brief in this case. However, the undersigned attorney has had to conduct legal research to assist prosecutors with questions related to cases pending in the trial courts. Some questions have required much more extensive research and/or time to answer than others, such as drafting a proposed felony jury charge for a juvenile trial case, for example. Such research has interfered with the undersigned attorney's ability to complete the State's brief in this case.

WHEREFORE, the State prays that this Court will grant a three-day extension of time, to Thursday, March 22, 2018, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
(713) 274-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Mandy Miller
Attorney for Appellant
mandy@mandymillerlegal.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
(713) 274-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date: March 20, 2018